Jack P. Burden, Esq.
Nevada State Bar No. 6918
Jeremy R. Robins, Esq.
Nevada State Bar No. 11701
**BACKUS, CARRANZA & BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
(702) 872-5555
(702) 872-5545
jburden@backuslaw.com
shirleyjin@backuslaw.com

Attorneys for Defendant
*Albertson's LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| LARRY SCHMITT,<br><br>Plaintiff,<br><br>v.<br><br>ALBERTSON'S LLC dba ALBERTSON'S STORE #3205, a Foreign Limited-Liability Company, DOES 1 through 10; and ROE CORPORATIONS 1 through 10, inclusive,<br><br>Defendants. | Case No. 2:17-cv-00413-RFB-PAL<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINE FOR PROPOSED JOINT PRETRIAL ORDER FOR 45 DAYS** |

Defendant Albertson's LLC ("Albertson's"), by and through its counsel of record, Jack P. Burden, Esq., of the law firm Backus, Carranza & Burden, and Plaintiff Larry Schmitt ("Schmitt"), by and through his counsel of record, Jonathan T. Remmel, Esq. of the Remmel Law Firm, hereby stipulate as follows:

1. In order to avoid further trial costs, if possible, the Parties have agreed to attend a half day mediation with Gene Porter of Private Trials;

2. Due to scheduling conflicts, the earliest mediation date available for both parties is April 3, 2018;

3. Based on the Joint Order currently due to the Court by February 27, 2018, the Parties stipulate and agree to jointly ask the Court to extend the deadline on submitting a Proposed Joint Pretrial Order to 45 days to allow for the conclusion of mediation without expending additional trial costs, and additionally allow more time for the Court to consider the parties' motions in limine.

DATED: February 26, 2018

**BACKUS, CARRANZA & BURDEN**

*/s/ Jack P. Burden, Esq.*
Jack P. Burden, Esq.
Jeremy R. Robins, Esq.
3050 South Durango Drive
Las Vegas, NV 89117
Attorneys for Defendant
*Albertson's LLC*

DATED February 26, 2018

**REMMEL LAW FIRM**

*/s/ Jonathan T. Remmel, Esq.*
Jonathan T. Remmel, Esq.
6900 Westcliff Dr., Ste 504
Las Vegas, NV 89145
Attorneys for Plaintiff
*Larry Schmitt*

## <u>ORDER</u>

IT IS HEREBY ORDERED that the Parties shall submit their Proposed Joint Pretrial Order within 45 days which is **April 13, 2018.**

IT IS SO ORDERED.

DATED: this __2nd__ day of __March__, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

2