**SAO**
JONATHAN T. REMMEL, Esq. (8627)
jremmel@remmellaw.com
**REMMEL LAW FIRM**
804 S Jones Blvd
Las Vegas, NV 89107
Ph. (702) 522-7707
Fx. (702) 475-4040
Attorney for Plaintiff,
LARRY SCHMITT

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| LARRY SCHMITT,<br><br>　　　　Plaintiff,<br>vs.<br><br>ALBERTSON'S, LLC dba ALBERTSON'S STORE #3205, a Foreign Limited-Liability Company, DOES 1 through 10; and ROE CORPORATIONS 1 through 10, inclusive,<br><br>　　　　Defendants. | Civil Action No.: 2:17-CV-00413-RFB-PAL<br><br>**STIPULATION AND ORDER REGARDING DEADLINES FOR RESPONSE BRIEFING** |

Plaintiff LARRY SCHMITT ("Plaintiff") and Defendant ALBERTSON'S, LLC. dba ALBERTSON'S STORE #3205 ("Defendant"), by and through their respective attorneys, stipulate and agree to extend the deadline for response briefing as follows:

1. Document Nos. 24 through 28 (Plaintiff's Motions In Limine Nos. 1 through 7) from March 8, 2018 to March 15, 2018;

2. Document Nos. 29 through 32 (Plaintiff's Motions In Limine Nos. 9 through 12) from March 9, 2018, to March 16, 2018;

3. Document Nos. 33 and 34 (Defendant's Motion for Leave to Amend Its Answer to Admit Liability as to Duty and Breach) are *withdrawn and no longer require a response*;

4. Document No. 35 (Defendant's Motion In Limine No. 1) from March 12, 2018 to March 19, 2018;

5. Document Nos. 37 through 41 (Defendant's Motion In Limine Nos. 2 through 6) from March 13, 2018 to March 20, 2018;

6. Document No. 42 (Defendant's Motion In Limine No. 7) from March 14, 2018 to March 21, 2018.

7. This stipulation is not for delay, but to accommodate the parties' travel schedules for unrelated matters.

DATED this 1st day of March, 2018.  DATED this 1st day of March, 2018.

**REMMEL LAW FIRM**  **BACKUS, CARRANZA & BURDEN**

By: _____  By: _____ for #8361
JONATHAN T. REMMEL, Esq. (8627)  Jack P. Burden, Esq. (6918)
6900 Westcliff Drive, Suite 504  3050 S, Durango Drive
Las Vegas, Nevada 89145  Las Vegas, NV 89117
Attorney for Plaintiff,  Attorney for Defendant,
LARRY SCHMITT  ALBERTSON'S LLC. dba
 ALBERTSON'S STORE #3205

**ORDER**

IT IS SO ORDERED.

_____
RICHARD F. BOULWARE, II
United States District Court

DATED this <u>12th</u> day of <u>March,</u> _____, 2018.

Submitted by:

**REMMEL LAW FIRM**

_____
JONATHAN T. REMMEL, Esq. (8627)
Attorney for Plaintiff,
LARRY SCHMITT

- 2 -