Jack P. Burden, Esq.
Nevada State Bar No. 6918
**BACKUS, CARRANZA & BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
(702) 872-5555
(702) 872-5545
jburden@backuslaw.com
shirleyjin@backuslaw.com

Attorneys for Defendant
*Albertson's LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LARRY SCHMITT, | Case No. 2:17-cv-00413-RFB-PAL |
| Plaintiff, | **STIPULATION AND ORDER** |
| v. | **RE DISMISSAL WITH PREJUDICE** |
| ALBERTSON'S LLC dba ALBERTSON'S STORE #3205, a Foreign Limited-Liability Company, DOES 1 through 10; and ROE CORPORATIONS 1 through 10, inclusive, | |
| Defendants. | |

Plaintiff LARRY SCHMITT, by and through his counsel Jonathan T. Remmel, Esq. of REMMEL LAW FIRM and Defendant ALBERTSON'S LLC, by and through its counsel Jack P. Burden, Esq. of the law firm BACKUS, CARRANZA & BURDEN, hereby stipulate to dismiss all claims that have been brought and/or could have been brought in the above titled litigation *with* prejudice.

This dismissal *does* completely resolve this entire matter.

Plaintiff and Defendants hereby further stipulate and agree that each party shall bear its own attorneys' fees and costs.

1

This stipulation is entered into in good faith, in the interests of judicial economy and not for the purpose of delay.

DATED: 6-12-18                                    DATED: 5/18/18

**BACKUS, CARRANZA & BURDEN**                     **REMMEL LAW FIRM**

By: _____                     By: _____
Jack P. Burden, Esq.                              Jonathan T. Remmel, Esq.
3050 South Durango Drive                          804 South Jones Boulevard
Las Vegas, NV 89117                               Las Vegas, NV 89107
Attorneys for Defendant                           Attorneys for Plaintiff
*Albertson's LLC*                                 *Larry Schmitt*

### ORDER re Case No. 2:17-cv-00413-RFB-PAL

**IT IS SO ORDERED.**

DATED this 13th day of June, 2018.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

Respectfully Submitted,
**BACKUS, CARRANZA & BURDEN**

By: _____
Jack P. Burden, Esq.
3050 South Durango Drive
Las Vegas, NV 89117
Attorneys for Defendant
*Albertson's LLC*